# Bear Gap Water Company *v.* Penn. Anthracite Coal Company, Appellant.

Argued March 27, 1905.   Appeal, No. 84, Jan. T., 1905, by defendants, from decree of C. P. Northumberland Co., in Equity No. 272, continuing preliminary injunction in case of Bear Gap Water Company v. Penn. Anthracite Coal Company et al. Before FELL, BROWN, MESTREZAT, POTTER and ELKIN, JJ. Affirmed.

PER CURIAM, May 15, 1905 :

The question in this case is the same as in No. 85.   The decree of the court continuing the preliminary injunction granted is affirmed at the cost of the appellants.